UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                          Case No. 13-32097-BEH

DANIEL J. STEBNITZ                              (Chapter 7)
        Debtor.

MICHAEL F. DUBIS, Trustee in Bankruptcy,

        Plaintiff,

    v.                                          Adversary No. 17-02110-beh

DANIEL S. STEBNITZ

and

GARY C. STEBNITZ,

        Defendants.

## AFFIDAVIT OF SUSAN K. ALLEN

STATE OF WISCONSIN  )
                    : SS
MILWAUKEE COUNTY    )

Susan K. Allen, being first duly sworn, states on oath as follows:

1. That she is one of the attorneys for the Trustee in Bankruptcy in the above-referenced adversary action.

Susan K. Allen
Stafford Rosenbaum LLP
1200 North Mayfair Road, Suite 430
Milwaukee, WI 53226-3282
414.982.2867 (Phone)
414.982.2889 (Fax)

\\MDSN-PLSQL\PLaw\Docs\025771\000003\AFF\3I21937.DOCX
1015181241

2. That on July 31, 2018, this Court signed an Order Authorizing the Compromised Settlement of Adversary Action and Approval of the Global Settlement (Dkt. #24.).

3. The Order, which adopted the terms of the Trustee's Motion to Compromise Adversary Action, required the adversary defendants, David S. Stebnitz and Gary C. Stebnitz to make payment of $45,000 to the Trustee (*Id.*, Dkt. #20, ¶ 8(a).).

4. The payment was timely received by counsel for the Trustee and has been conveyed to the Trustee.

5. No further action is necessary by any party to the adversary action to accomplish the terms of the parties' settlement.

6. As a result, the Trustee respectfully requests that the adversary action be closed.

Dated at Milwaukee, Wisconsin, this 15th day of October, 2018.

Susan K. Allen

Subscribed and sworn to before me
this 15th day of October, 2018.

Nancy A. Haselwood
Notary Public, State of Wisconsin
My commission: expires 8-13-2?