THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 23, 2018



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| In re: | Case No. 13-32097-BEH |
| DANIEL J. STEBNITZ | (Chapter 7) |
| Debtor. | |

_____

MICHAEL F. DUBIS, Trustee in Bankruptcy,

    Plaintiff,

    v.                                                             Adversary No. 17-02110-beh

DANIEL S. STEBNITZ

and

GARY C. STEBNITZ,

    Defendants.
_____

ORDER REGARDING COMPLETION OF SETTLEMENT
_____

Susan K. Allen
Stafford Rosenbaum LLP
1200 North Mayfair Road, Suite 430
Milwaukee, WI 53226-3282
414.982.2867 (Phone)
414.982.2889 (Fax)

\\main\VDIProfiles$\nhaselwood\Desktop\Order.docx
1015181428

Based upon the affidavit of Susan K. Allen, attorney for Michael F. Dubis, Trustee in Bankruptcy of named estate, for an order to close the adversary action having come before me,

IT IS ORDERED:

That the adversary action shall be closed.

#####

Susan K. Allen
Stafford Rosenbaum LLP
1200 North Mayfair Road, Suite 430
Milwaukee, WI  53226-3282
414.982.2867 (Phone)
414.982.2889 (Fax)

\\main\VDIProfiles$\nhaselwood\Desktop\Order.docx
1015181428